United States District Court
Southern District of Texas
**ENTERED**
November 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **E.A.G.**, a minor, and **MARIA ARACELY GARCIA CANDIA**, as his next friend and on her behalf<br>*Plaintiffs - Petitioners*,<br><br>v.<br><br>**ESKINDER NEGASH**, *et al.*,<br><br>*Defendants - Respondents* | Case No. 4:25-CV-5526<br><br>Date: November 21, 2025 |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

The court has considered the habeas petition and the request for a temporary restraining order requiring the release of the minor, E.A.G.; the memorandum and exhibits in support; the arguments of counsel at the hearing; and the applicable law. Based on the above, the court finds and orders as follows:

1. E.A.G. is not an unaccompanied minor.
2. Plaintiffs-Petitioners have established a substantial likelihood of success on the merits because there is an insufficient basis to continue to detain E.A.G.; that E.A.G. and his mother, Plaintiff-Petitioner Maria Aracely Garcia Candia, will suffer irreparable harm if a temporary restraining order is not issued; that the balance of hardships weighs in favor of releasing E.A.G. to be reunited with his mother; and that the public interest is not harmed by E.A.G.'s release to his mother.
3. E.A.G. is to be released to his mother no later than 5:00 p.m. on November 21, 2025.
4. No bond is required for his release.
5. The court grants Plaintiffs'-Petitioners' request for a temporary restraining order.

DATED this 21st day of November, 2025.

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE