United States District Court
Southern District of Texas
**ENTERED**
January 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| E.A.G, a minor, *et al*., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-25-5526 |
| ESKINDER NEGASH, *et al*., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

On the plaintiffs' notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Docket Entry No. 10), this case is voluntarily dismissed without prejudice, with each party to bear its own costs.

SIGNED on January 16, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge